# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE BAR OF NEVADA,
Petitioner,
vs.
THE SOUTHERN NEVADA
DISCIPLINARY BOARD; AND DAVID
R. FISCHER,, ESQ., SOUTHERN
NEVADA DISCIPLINARY HEARING
PANEL CHAIR,
Respondents,
and
GLEN J. LERNER, ESQ.,
Real Party in Interest.

No. 72925

FILED

FEB 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges the Southern Nevada Disciplinary Board Hearing Panel Chairman's decision to deny petitioner's motion for summary adjudication of a bar complaint.

Having considered the petition, answer, and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107

18-05458

Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Petitioner has failed to meet its burden of demonstrating that extraordinary writ relief is warranted. *Pan*, 120 Nev. at 228, 88 P.3d at 844. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:　State Bar of Nevada/Las Vegas
　　　Glen J. Lerner & Associates
　　　Campbell & Williams
　　　Christiansen Law Offices

---

[1]The Honorable Kristina Pickering, Justice, voluntarily recused herself from participation in the decision of this matter.